MARTIN B GREENBAUM - CSB No 42568
VIRGINIA SAMPSON – CSB No 206129
GREENBAUM & KATZ LLP
840 Newport Center Drive, Suite 720
Newport Beach, CA 92660
Tel (949) 760-1400
Tel (949) 760-1300

Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC

LODGED
APR 1 9 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

FILED
2005 APR 20 P 4.19
CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC, <br><br> Plaintiff, <br><br> vs <br><br> CLUB HABANOS, INC dba CLUB HABANOS and ADELA PADRON, <br><br> Defendants | Case No F-04-6653 REC LJO <br><br> MAGISTRATE JUDGE LAWRENCE J O'NEILL <br><br> STIPULATION FOR VOLUNTARY DISMISSAL; AND ORDER THEREON <br><br> [F R Civ P 41 (b)] |

IT IS HEREBY STIPULATED AND AGREED by counsel for Plaintiff GARDEN CITY BOXING CLUB INC and for Defendants CLUB HABANOS, INC dba CLUB HABANOS and ADELA PADRON, jointly and each individually that the parties have agreed to a settlement with immediate dismissal with prejudice of this case pursuant to Federal Rules of Civil Procedure 41(b)

DATED April 12, 2005           GREENBAUM & KATZ LLP

                                By _____
                                    VIRGINIA SAMPSON
                                    Attorneys for Plaintiff
                                    GARDEN CITY BOXING CLUB, INC

1
STIPULATION FOR VOLUNTARY DISMISSAL

1 | DATED April ___, 2005

LAW OFFICE OF PENNER, BRADLEY & BUETTNER

By _____
PETER SEAN BRADLEY
Attorneys for Defendants
CLUB HABANOS, INC dba CLUB HABANOS and ADELA PADRON,

ORIGINAL BY FAX

9 | IT IS SO ORDERED

11 | DATED April 20, /05

_____